FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 1 4 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Sabrina Cupid
5555 E Stearns Street
Suite 107 Box 28
Long Beach, CA 90815
Brinacupid@gmail.com
510-935-5048
Pro Se

## UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

| | |
|---|---|
| SABRINA CUPID,<br><br>    Plaintiff,<br><br>      v.<br><br>Go.Daddy.com, LLC (For Purposes of early discovery only);<br>John Doe (True name and identity unknown),<br><br>    Defendant. | Case No.:   **CV25-03780-PHX-DJH**<br>**COMPLAINT** |

THIS DOCUMENT IS <u>NOT</u> IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE ___*LRCivr 5.4*___
                    (Rule Number/Section)

## JURISDICTION

Plaintiff, Sabrina Cupid ("Plaintiff"), for her Complaint against Defendant John

Doe and alleges:

This court has jurisdiction over this matter pursuant to:

    15 U.S.C. § 1125(d) — Anticybersquatting Consumer Protection Act

    (ACPA) 18 U.S.C. § 1030 — Computer Fraud and Abuse Act (CFAA)

1.

18 U.S.C. § 1028 — Identity Theft and Assumption Deterrence Act

18 U.S.C. § 1343 — Wire Fraud

47 U.S.C. § 230(e)(2) — Communications Decency Act (limitations on immunity for intellectual property claims) §§ 15 U.S.C. § 1125(a) — Lanham Act, False Designation of Origin / Unfair Competition 28 U.S.C. § 1332 — Diversity Jurisdiction (if parties are in different states and amount in controversy exceeds $75,000) State law civil claims (Arizona or applicable state): Defamation (Libel/Slander) False Light Invasion of Privacy Intentional Infliction of Emotional Distress (IIED) Tortious Interference with Prospective Economic Advantage Misappropriation of Name or Likeness. The plaintiff is a resident of Long Beach, Los Angeles, CA and a citizen of the United States. The defendant, Go.Daddy.com, LLC (For Purposes of early discovery only), is a resident of Tempe, AZ and a citizen of the United States. The defendant, John Doe (True name and identity unknown), is a resident of Tempe, AZ and a citizen of the United States. The cause of action arose in the Phoenix division.

## COMPLAINT

1. Plaintiff is an individual residing in Long Beach, Ca], and operates a business and brand under the name "Carnival Sabrina," which is associated with cultural content, brand ambassadorship, social media presence, and online content creation. Plaintiff has continuously used this brand and name in commerce.

2. Plaintiff has established common law trademark rights in the name and persona "Carnival Sabrina," which is uniquely identified with her services, likeness, and reputation. Plaintiff has invested significant time, effort, and financial resources into building her personal brand and maintaining its goodwill among her audience.

3. Defendant John Doe registered the domain name www.carnivalsabrina.com with GoDaddy.com, LLC, a company headquartered in Tempe, Arizona.

4. Defendant is using the domain name to impersonate Plaintiff and mislead consumers by copying Plaintiff's brand identity, including the unauthorized use of the name "Carnival Sabrina," and by presenting the website as if it were operated by Plaintiff.

5. Defendant has also assumed Plaintiff's personal identity by using her legal name, "Sabrina Cupid," within the content of the website, giving the false appearance that Plaintiff owns or endorses the website and its content. This impersonation has caused confusion among her followers, business partners, and potential clients.

3

6. Defendant's conduct has damaged Plaintiff's reputation and business interests and constitutes bad faith registration and use of the domain name for the purpose of misleading and defrauding the public.

7. Upon information and belief, Defendant is receiving traffic, inquiries, or commercial benefits by exploiting Plaintiff's identity and brand.

8. Plaintiff has no knowledge of Defendant's identity and cannot proceed with formal service of process without the assistance of the Court through early third-party discovery.

## PRAYER FOR RELIEF

Plaintiff respectfully requests:

a. An order permitting early discovery to identify Defendant;

b. A preliminary and permanent injunction enjoining Defendant from using the domain www.carnivalsabrina.com or any domain or online content impersonating Plaintiff or her brand;

c. Transfer of the domain name www.carnivalsabrina.com to Plaintiff;

d. Statutory damages under 15 U.S.C. §1117(d);

e. Actual damages and punitive damages as permitted by law;

4.

f. Such other and further relief as the Court deems just and proper.


DATED: October 6, 2025


_Sabrina Cupid_

      Sabrina Cupid Pro Se Plaintiff
      Sabrina  Cupid
      5555 E Stearns Street Suite 107 Box 28
      Long Beach, CA 90815
      (510) 935-5048

EXHIBITS

Exhibit A: Screenshots of www.carnivalsabrina.com displaying unauthorized use of Plaintiff's identity

Exhibit B: Screenshots of Plaintiff's official social media profiles and branding

Exhibit C: WHOIS domain lookup for www.carnivalsabrina.com

Exhibit D: Screenshot of Plaintiff's page prior to purchase by the unknown party

Exhibit E: Evidence of confusion or messages from followers or business contacts

Exhibit F: Screenshot showing the registration date of www.carnivalsabrina.com

Exhibit G: Screenshot of the messenger/chat feature impersonating Plaintiff as "Sabrina Cupid"

Exhibit A:
Screenshots of www.carnivalsabrina.com displaying
unauthorized use of Plaintiff's identity



8

Exhibit B:
Screenshots of Plaintiff's official social media profiles and branding

9.



5:12

**carnivalsabrina** ✓ ✓ ●



Share a note

| 840 | 31.5K | 7,496 |
|---|---|---|
| posts | followers | following |

**Sabrina Cupid**
Public figure
Lifestyle | Carnival Travel & Tips 💃 | Recipes | 🎶 Soca & Mas Enthusiast | Let's Explore Together!
🔗 linktr.ee/carnivalsabrina?utm_source=linktree_profi...

🧵 carnivalsabrina  ⟲ Come Play Mas with Me

**Professional dashboard**
New tools are now available.    ●

| Edit profile | Share profile | Subscription | ⌄ |
|---|---|---|---|

| Carnival 2026 | Carnival 2025 | 2024 Carnival | Food |



124K        2,838        7,815



10.

Exhibit C: WHOIS domain lookup for
www.carnivalsabrina.com

11.

6/1/25, 10:00 AM
carnivalsabrina.com WHOIS, DNS, & Domain Info - DomainTools - Who.is
Case 2:25-cv-03780-DJH    Document 1    Filed 10/14/25    Page 12 of 29

**who.is**

WHOIS    RDAP    DNS    Uptime    Domain Events    Login

## 12 Months of Unlimited $20/mo.

Stop overpaying for unlimited. New customers get a year from us for $240. May slow 35GB+.

# WHOIS Domain Lookup

Look up registration details, contacts, and nameservers for any domain name

| Enter a domain name... | Search |

## carnivalsabrina.com

WHOIS Information

IP Address: 13.248.243.5

Whois    RDAP    DNS Records    Uptime    Diagnostics    Hide Data    Refresh Data

## Registrar Information

Registrar
GoDaddy.com, LLC

WHOIS Server
whois.godaddy.com

Referral URL
http://www.godaddy.com

## Important Dates

/2

Created
2/23/2025

Updated
2/23/2025

Expires
2/23/2028

## Nameservers

| Hostname | IP Address |
|---|---|
| ns15.domaincontrol.com | 97.74.107.8 |
| ns16.domaincontrol.com | 173.201.75.8 |

## Domain Status

clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited

clientRenewProhibited https://icann.org/epp#clientRenewProhibited

clientTransferProhibited https://icann.org/epp#clientTransferProhibited

clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited

## Similar Domains

carni-10.com

carni-4.com

carni4pets.nl

carniabike.it

carniaclassic.com

carnia.comunitafvg.it

carniaflex.com

carniaflex.eu

carniaflex.it

carniagg.co

*13*

## Raw WHOIS Data

Raw WHOIS responses from registry and registrar servers.

| Raw Registry WHOIS Data | ⌄ |
| --- | --- |

## About WHOIS

WHOIS is a query and response protocol used for querying databases that store registered users of Internet resources, including domain names and IP addresses.

The protocol provides essential information about domain ownership, administrative contacts, and technical details that are invaluable for domain management and security purposes.

Overview    FAQ    Terms    Contact

© 2025 who.is All rights reserved.

Ad removed. Details

*14*

Exhibit D:
Screenshot of Plaintiff's website page prior to John Doe
purchase

*15*

The Wayback Machine - https://web.archive.org/web/20231209122726/https://www.carnivalsabrina.com/



Home    Carnival Calendar    UberSoca Cruise    Travel Blog    Shop    More



Search...



# Carnival Videos
Join me on the road

*16*



Home    Carnival Calendar    UberSoca Cruise    Travel Blog    Shop    More

▶ Play Video

🔍

🔍 Search video...



Trinidad and Tobago Carnival 2020      Miami Carnival 2021

For More Videos



# #CARNIVALSABRINA ON INSTA

# NEVER MISS A THING

### I'D LOVE TO HEAR FROM YOU

First Name *

Last Name *

### FOR BUSINESS INQUIRIES

Email *

carnivalsabrina@gmail.com

Type your message here... *

/7

**Carnival Sabrina**    Home    Carnival Calendar    UberSoca Cruise    Travel Blog    Shop    More

Submit



18

Exhibit E:
Evidence of website that falsely indicates the page is managed
and run by Carnival Sabrina | Sabrina Cupid

19



20

Exhibit F:
Carnival Sabrina LLC & Trademark

21

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS                               Back to Search        Print



**Generated on:** This page was generated by TSDR on 2025-06-01 13:35:48 EDT

**Mark:** CARNIVAL SABRINA

| | |
|---|---|
| **US Serial Number:** 99056562 | **Application Filing Date:** Feb. 25, 2025 |
| **Filed as Base Application:** Yes | **Currently Base Application:** Yes |
| **Register:** Principal | |
| **Mark Type:** Service Mark | |

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Feb. 25, 2025

## Mark Information

**Mark Literal Elements:** CARNIVAL SABRINA

**Standard Character Claim:** No

**Mark Drawing Type:** 0 - UNKNOWN MARK DRAWING TYPE

**Description of Mark:** The mark consists of emoji of carnival Sabrina standing on a feather with the name Carnival Sabrina in marker near her right side.

**Disclaimer:** No claim is made to the exclusive right to use Come Play MAS with me. Follow my wine., apart from the mark as shown.

**Name Portrait Consent:** Carnival Sabrina identifies Sabrina Cupid, a living individual whose consent is made of record.

## Goods and Services

Note:

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** On-line customer-based social media brand marketing services; Marketing services in the nature of promotion of third-party goods and services by social media influencers; Advertising and marketing services provided by means of indirect methods of marketing communications, namely, social media, search engine marketing, inquiry marketing, internet marketing, mobile marketing, blogging and other forms of passive, sharable or viral communications channels

| | |
|---|---|
| **International Class(es):** 035 - Primary Class | **U.S Class(es):** 100, 101, 102 |
| **Class Status:** ACTIVE | |
| **First Use:** Jan. 01, 2020 | **Use in Commerce:** Jan. 01, 2020 |

## Basis Information (Case Level)

22

| | |
|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes |
| **Filed ITU:** No | **Currently ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No |
| **Filed No Basis:** No | **Currently No Basis:** No |

## Current Owner(s) Information

**Owner Name:** Sabrina Cupid

**DBA, AKA, Formerly:** Carnival Sabrina

**Owner Address:** 51 Elysian Fields Drive
Oakland, CALIFORNIA UNITED STATES 94605

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** CALIFORNIA

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:** Sabrina Cupid
51 Elysian Fields Drive
Oakland, CALIFORNIA United States 94605

**Phone:** 1-(510) 935-5048

**Correspondent e-mail:** Carnivalsabrina@gmail.com
Brinacupid@gmail.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 25, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Feb. 25, 2025 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found

**Date in Location:** Not Found

## Assignment Abstract Of Title Information - None recorded

## Proceedings - None recorded

23

Exhibit G:
Emails between Plaintiff and GoDaddy.com regarding use of
her identity and copyright infringement.

24

# Copyright Infringement

I message

Carnival Sabrina <carnivalsabrina@gmail.com>                    Thu, Mar 27, 2025 at 2:27 AM
To: copyrightcomplaints@godaddy.com



Dear GoDaddy Support Team,

I hope this message finds you well. I am writing to request your assistance regarding the domain name carnivalsabrina.com, which is currently registered through your platform. I hold the registered copyright for this domain, and I believe that it is being unlawfully held by a third party.

The domain in question is being used by someone else who has posted defamatory content on the site. This is not only damaging to my personal and professional reputation but also violates my intellectual property rights. As such, I am requesting that GoDaddy intervene and assist in the recovery of my domain.

Under the Uniform Domain Name Dispute-Resolution Policy (UDRP) and applicable intellectual property laws, I respectfully ask that you assist me in recovering this domain and transferring it to my rightful ownership.

Please advise on the steps I should take, and let me know how you can facilitate the resolution of this issue. I am more than willing to provide any additional documentation needed to support my claim.

I would appreciate your prompt response to this matter, and I hope we can resolve it without the need for further escalation.

Thank you for your attention to this issue.

Sabrina Cupid

TMOfficialNoti... Feb 25

to me, Brinacupid

**Trademark/service mark application, Principal Register**

Serial number: 99056562

Mark: Carnival Sabrina

Mark format: Combination of wording and a design

Filing date: February 25, 2025 at 9:48:30 PM ET

Docket number:

Owner name: Sabrina Cupid

Amount paid: $350 (1 class)

**Filing receipt for trademark/service mark application, Principal Register and next steps in the application process**

Thank you for submitting your trademark application to the U.S. Patent and Trademark Office (USPTO)! You have started the legal process to federally register

Reply all

26


## RE: Content Complaint Report [Incident:648010]

2 messages

**GoDaddy** <contentcomplaints@godaddy.com>                                   Fri, Mar 28, 2025 at 12:21 PM
Reply-to: contentcomplaints@godaddy.com
To: carnivalsabrina@gmail.com



Hello,

Thank you for bringing your concerns to our attention. While GoDaddy does not permit illegal content on our customers' websites, we are not in a position to determine whether the site in question is engaged in illegal activities.

We encourage you to contact your local law enforcement agency if you suspect any unlawful use of a website. We will cooperate with law enforcement in their investigation by complying with lawful requests.

Also, please note that our internal policies, as well as ICANN regulations, prevent us from acting as the arbiter of domain name disputes. Complaints of this nature need to be taken up with the domain name owner directly, or should be filed in a UDRP or court proceeding.

Regards,

Content Safety Unit

*Trust & Safety Team*

Copyright © 1999-2025 GoDaddy Operating Company, LLC. 100 S Mill Ave, Suite 1600, Tempe, AZ 85281 USA. All rights reserved.

6679648832

**Carnival Sabrina** <carnivalsabrina@gmail.com>                              Fri, Mar 28, 2025 at 12:26 PM
To: cisspinstructor@gmail.com <cisspinstructor@gmail.com>



# Copyright Infringement - LEG-141339
1 messages

Claim Services <care@services.godaddy.com>                                    Thu, Mar 27, 2025 at 7:07 PM
Reply-to: copyrightclaims@godaddy.com
To: carnivalsabrina@gmail.com <carnivalsabrina@gmail.com>

**GoDaddy**

Sabrina,

Copyright protection does not apply to domain name registrations.

Any concerns regarding the use of a trademark in the domain name registration or disputes over control of a domain name registration will need to be addressed with the current registrant of the domain either directly or through a court or UDRP proceeding. GoDaddy is not able to directly participate in disputes of that nature.

To contact a domain name registrant directly, you can use the form provided at the bottom of WhoIs results searched for using GoDaddy's Whois look-up located at https://www.godaddy.com/whois.

If you have concerns regarding phishing or other types of abuse issues pertaining to this domain name registration, please submit a complaint using the form located at ABUSEFORM.COM. We are not able to assist you with abuse based complaints from the Intellectual Property Infringement Claims department.

If you feel that illegal activity is taking place with regards to this website content, you'll want to contact law enforcement. GoDaddy is not a law enforcement agency and cannot perform an investigation of this nature. We will be happy to assist law enforcement if they contact us directly about an open investigation.

Kindest Regards,

D Preston
GoDaddy | Trademark & Copyright Claims

Reply via portal here

Copyright © GoDaddy Operating Company, LLC. All rights reserved.

This email is shared with carnivalsabrina@gmail.com

*29*

Carnival Sabrina <carnivalsabrina@gmail.com>                    Thu, Mar 27, 2025 at 8:02 PM